UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 7:12-CR-88-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MANUEL TABARES-CASTILLO ) | |

For good cause shown, the United States' motion to seal its proposed sealed motion is hereby GRANTED, except that copies shall be provided to the government and Defendant.

SO ORDERED.

This the 24 day of May, 2013.

TERRENCE W. BOYLE
United States District Judge