IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CR-88-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MANUEL TABARES-CASTILLO ) | |

This cause comes before the Court on defendant's motion to obtain copies of court documents without payment. [DE 426]. Since filing that motion, defendant has returned payment for the requested copies to the Clerk's office. [DE 430]. Accordingly, his motion is DENIED AS MOOT.

SO ORDERED. This the ⎯ day of April, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE